IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| WILLIE WRIGHT, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-201(MTT) |
| DR. HENDERSON, *et. al*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation to Dismiss (Doc. 5) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed Plaintiff's complaint (Doc. 1) pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends dismissing the claim against Defendant Brian Owens and Defendant Anthony Henderson because a 42 U.S.C. § 1983 claim requires a causal connection between a defendant and the alleged constitutional violation. The Plaintiff does not object to the Recommendation (Doc. 7). The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The claims against Defendant Brian Owens and Defendant Anthony Henderson are **DISMISSED**. The claims against the remaining Defendant Dr. Henderson shall remain pending.

**SO ORDERED**, this the 21st day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

ajj