IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-201 (MTT) |
| DR. BARRY HENDERSON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle.  (Doc. 43).  The Magistrate Judge recommends granting the Defendants' Motion to Dismiss because the Plaintiff's 42 U.S.C. § 1983 claim is based upon a disagreement over his medical treatment, and thus does not rise to the level of deliberate indifference.  The Plaintiff filed an objection to the Recommendation.  (Doc. 44).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Parties' objections and has made a de novo determination of the portions of the Recommendation to which the Parties object.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Motion is **GRANTED**.

**SO ORDERED,** this 27th day of July, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT